IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| ALVIN PIERRE PHILLIPS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>JANE ANDERSON, et al., )<br>)<br>    Defendants. ) | CIVIL ACTION NO.<br>2:19cv554-MHT<br>(WO) |

**ORDER**

Upon consideration of plaintiff's notice of dismissal (doc. no. 4), it is ORDERED, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that this lawsuit is dismissed in its entirety without prejudice, with no costs taxed.

This case is closed.

DONE, this the 18th day of December, 2019.

                                  /s/ Myron H. Thompson
                              UNITED STATES DISTRICT JUDGE